# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

      Plaintiff/Appellee,

v.

MICHAEL SANG CORREA,

      Defendant/Appellant.

Case No. 25-1327

## DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN CHIEF

COMES NOW Defendant-Appellant (hereinafter, "Appellant") Michael Sang Correa, by and through the undersigned counsel, and in accordance with Tenth Circuit Rule 27.6 submits this request for an extension of forty (40) days to file his Brief in Chief in the above-captioned matter. As grounds, Appellant states the following:

1. On March 16, 2026, the undersigned counsel was appointed to represent Appellant in this matter, which has been pending since August 27, 2025. In the Court's Order appointing the undersigned counsel, the Court further held that Appellant's opening brief would be due in 40 days' time, or on April 27,

2026.  The Court noted that Appellant "may file a motion for extension of time to file the opening brief as needed."

2. Appellant's newly-appointed counsel is preparing his Brief in Chief in the middle of an extremely busy briefing schedule, which includes preparation of two other principal briefs in felony criminal appellate matters that also have upcoming deadlines: *State of New Mexico v. Romero*, No. S-1-SC-41144, pending (N.M. 2025), a capital murder case pending in the New Mexico Supreme Court, for which the extended deadline is also April 27, 2026; and *United States v. Daniels,* No. 26-6009, in which the Brief in Chief is due May 13, 2026.

3. Recognizing that extensions of time are disfavored, the undersigned counsel seeks an extension for the amount of time that counsel believes will be sufficient to prepare Appellant's Brief in Chief while meeting professional obligations in the above-noted cases and her other cases (including a third appeal pending in this Court, *Gearhart v. University of Colorado Colorado Springs,* No. 26-1075).

4. In determining the amount of time necessary to prepare Appellant's Brief in Chief, the undersigned counsel has also taken into consideration factors including the factual and legal complexity of the matter, the size of the record, and the lack of existing precedent on point, as the instant case

involves the first conviction of a non-U.S. citizen for torture committed abroad.

5. Counsel for the Government does not oppose the requested 40-day extension.

6. Accordingly, Appellant respectfully requests that the Court extend the deadline to file his Brief in Chief until June 8, 2026, forty days from the current deadline.

*/s/ Alicia C. Lopez*
Alicia C. Lopez
Lane + Linnenburger + Lane LLP
P.O. Box 5498
Santa Fe, NM  87502
(505) 570-4606
alicia@attorneyslane.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd of April 2026, I filed this pleading electronically with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ Alicia C. Lopez 4/23/2026*
ALICIA C. LOPEZ