# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>MICHAEL SANG CORREA,<br><br>Defendant/Appellant. | Case No. 25-1327 |

## DEFENDANT-APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN CHIEF

COMES NOW Defendant-Appellant (hereinafter, "Appellant") Michael Sang Correa, by and through the undersigned counsel, and in accordance with Tenth Circuit Rule 27.6 submits this sealed request for an extension of thirty (30) days to file his Brief in Chief in the above-captioned matter. As grounds, Appellant states the following:

1. The undersigned counsel was newly appointed to represent Appellant in this matter at the time she submitted her initial motion for an extension of time in this case. In her motion, counsel noted that she was currently working on a complex capital murder appeal in the New Mexico Supreme Court, in which

the brief in chief was due April 27, 2026 (the original deadline for Appellant's Opening Brief in this case). *See State of New Mexico v. Romero*, No. S-1-SC-41144, pending (N.M. 2025). The undersigned counsel was simultaneously preparing the appellant's brief in chief in *United States v. Daniels,* No. 26-6009, which counsel completed and filed with the Tenth Circuit Court of Appeals last week, on May 13, 2026.

2. To the extent that counsel prioritized completing of the initial briefing in these matters over Appellant's Brief in Chief here, counsel did so because she was already immersed in both of those matters at the time she accepted appointment in this case.

3. The undersigned counsel is also counsel for the appellant in *Gearhart v. University of Colorado Colorado Springs,* No. 26-1075, currently pending before this Court with a deadline of May 29, 2026 for the opening brief. While counsel has co-counsel in *Gearhart*, she was invited to join that case specifically because of her relevant experience with the underlying legal issues in that case and her experience practicing in this Court. Thus, while co-counsel has agreed to take on a larger role in the preparation the brief in *Gearhart*, the undersigned counsel will nevertheless be expected to take a significant role in the crafting and execution of the appellant's legal arguments.

4. The undersigned counsel's initial request for an additional 40 days to prepare Appellant Correa's Brief in Chief was granted in part, with counsel provided a modified 30-day extension instead.

5. In her initial extension request, counsel noted that she had factored in the factual and legal complexity of the matter (as Appellant was convicted of offenses involving multiple victims), the size of the record, and the lack of existing precedent on point, as the instant case involves the first conviction of a non-U.S. citizen for torture committed abroad.

6. Counsel recognizes that a second extension of time is granted in only extraordinary circumstances but respectfully submits that her personal situation qualifies. In addition to her busy briefing schedule – which also contains several other post-conviction matters pending in state and federal court which need to be maintained even as briefing priority is given to the instant case – the undersigned counsel is currently serving as live-in caregiver to her father, who suffers from Alzheimer's disease and whose condition has progressed over the last few months. Counsel is working to obtain additional support, but as of now the responsibility for meeting her father's needs lies with her.

7. Counsel respectfully submits that the requested extension is necessary for counsel to meet her professional duty to Appellant Correa, who is currently

incarcerated within the federal Bureau of Prisons.  *See* 10th Cir. R. 27.6(F).

8. Counsel for the Government does not oppose the requested 30-day extension.

9. Accordingly, Appellant respectfully requests that the Court extend the deadline to file his Brief in Chief until June 26, 2026, 30 days from the current deadline of May 27, 2026.

*/s/ Alicia C. Lopez*
Alicia C. Lopez
Lane + Linnenburger + Lane LLP
P.O. Box 5498
Santa Fe, NM  87502
(505) 570-4606
alicia@attorneyslane.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May 2026, I filed this pleading electronically with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ Alicia C. Lopez 5/19/2026*
ALICIA C. LOPEZ