# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

     Plaintiff/Appellee,

v.

MICHAEL SANG CORREA,

     Defendant/Appellant.

Case No. 25-1327

---

## DEFENDANT-APPELLANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN CHIEF IN LIGHT OF INTERVENING AUTHORITY

COMES NOW Defendant-Appellant (hereinafter, "Appellant") Michael Sang Correa, by and through the undersigned counsel, and in accordance with Tenth Circuit Rule 27.6 submits this request for an extension of thirty (30) days to file his Brief in Chief in the above-captioned matter, in light of new authority from the United States Supreme Court, issued June 23, 2026, that is directly relevant to the instant appeal. As grounds, Appellant states the following:

1. In two prior motions the undersigned counsel sought leave of Court for extensions of time to file Mr. Correa's Brief in Chief. As set forth in those motions, the first such extension was required because counsel was newly

appointed in this matter and was simultaneously preparing the appellant's brief in chief in *United States v. Daniels,* No. 26-6009, while the second extension was sought and granted in light of counsel's ongoing responsibilities in other cases, including *Gearhart v. University of Colorado Colorado Springs,* No. 26-1075; the size of the record and complexity of the issues involved in this case, which involves questions of both domestic and international law; and counsel's caregiving responsibilities for her father, who is in declining health.

2.  The current deadline for Appellant's Brief in Chief is June 26, 2026.

3.  Yesterday, June 24, 2026, while readying Appellant's Brief in Chief, the undersigned counsel became aware of the Supreme Court's decision in *Cisco Systems, Inc. v. Doe I*, 609 U.S. ___ (2026), which was issued the day before.  Like this case, *Cisco* involves claims of torture and the recognition of international norms relating thereto.  It abrogates authority addressed in both the district court's ruling denying Appellant's motions to dismiss in the case below and Appellant's Brief in Chief.  On an initial review of this new law, the undersigned counsel believes that legal arguments advanced in Appellant's Brief in Chief will need to be reevaluated in light of *Cisco.*

4.  Mr. Correa is currently incarcerated in the federal Bureau of Prisons.  *See* 10th Cir. R. 27.6(F).

5. Counsel for the Government, Marissa Miller, has consented to the requested extension of time.

6. Accordingly, Appellant respectfully requests that the Court extend the deadline to file his Brief in Chief until July 27, 2026, 30 days from the current deadline of June 26, 2026.

/s/ Alicia C. Lopez
Alicia C. Lopez
Lane + Linnenburger + Lane LLP
P.O. Box 5498
Santa Fe, NM  87502
(505) 570-4606
alicia@attorneyslane.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of June 2026, I filed this pleading electronically with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

/s/ Alicia C. Lopez 6/25/2026
ALICIA C. LOPEZ