| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Appellee, | Case No. 25-1327 |
| v. | |
| MICHAEL SANG CORREA, | |
| Defendant/Appellant. | |

**DEFENDANT-APPELLANT'S MOTION TO ACCEPT BRIEF IN CHIEF AS TIMELY AND TO SUBSTITUTE CORRECTED BRIEF IN CHIEF**

COMES NOW Defendant-Appellant Michael Sang Correa ("Appellant"), by and through the undersigned counsel, and respectfully moves the Court for an order (1) accepting as timely Appellant's Brief in Chief, which was filed at 12:01 a.m. on July 28, 2026, one minute after the July 27, 2026 deadline; and (2) permitting Appellant to substitute the corrected Brief in Chief, filed contemporaneously herewith, for the version inadvertently filed with the Court. In support, Appellant states as follows:

1. Throughout the evening of July 27, 2026, undersigned counsel and her paralegal worked to finalize Appellant's Brief in Chief, working remotely

and exchanging multiple revised drafts. During the final stages of preparing the brief for filing, counsel encountered multiple technological difficulties.

2. As the July 27, 2026 filing deadline approached, counsel began the electronic filing process at approximately 11:55 p.m.

3. During that process, counsel's paralegal identified and alerted counsel that the version of the brief then being uploaded was not the most recent version. The most recent version contained a corrected word count, updated page numbers in the Table of Contents, and a corrected date on one of the Certificates.

4. Because the filing process was already underway and the deadline was rapidly approaching, counsel proceeded with the filing of the version that had already been uploaded. The Notice of Docket Activity reflects that the filing was completed at 12:01 a.m. on July 28, 2026, one minute after the July 27, 2026 deadline.

5. Counsel respectfully requests that the Court accept the Brief in Chief as timely notwithstanding the one-minute delay. Counsel further requests permission to substitute the corrected version of the Brief in Chief filed contemporaneously with this motion for the version originally filed.

6. The corrected Brief in Chief does <u>not</u> alter the substance of Appellant's

arguments. The corrections are limited to the Table of Contents, which now reflects the correct page numbers for the sections of the brief, the word-count information, and the correct date, July 28, 2026.

7. Counsel regrets her filing error and respectfully requests that the Court exercise its discretion to accept Appellant's Brief in Chief as timely and permit substitution of the corrected version filed herewith.

WHEREFORE, Appellant Michael Sang Correa respectfully requests that the Court grant this motion, accept his Brief in Chief as timely, and permit him to substitute the corrected Brief in Chief for the version originally filed.

*/s/ Alicia C. Lopez*
Alicia C. Lopez
Lane + Linnenburger + Lane LLP
P.O. Box 5498
Santa Fe, NM  87502
(505) 570-4606
alicia@attorneyslane.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of July 2026, I filed this

pleading electronically with the Clerk of the Court using CM/ECF, which will

deliver the document to all counsel of record.


*/s/ Alicia C. Lopez 7/28/2026*
ALICIA C. LOPEZ